| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | DARYL T. EREMIN (TXBN 24012593)<br>Special Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue<br>San Francisco, California  94102 |
| 6 | Telephone: (415) 522-6031<br>Facsimile: (415) 436-7234 |
| 7 | E-Mail: Daryl.Eremin@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 09-0094 JSW |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 12, 2009, TO MARCH 5, 2009 |
| JOSE HUGO MENDEZ-GIL,<br>    a/k/a Jose Mendez-Gil and<br>    a/k/a Jose Mendez-Espinoza, | ) | |
| Defendant. | ) | |

The parties appeared before the Honorable Jeffrey S. White on February 12, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 12, 2009, to March 5, 2009, in light of the need for defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0094 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 12, 2009, to March 5, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 5, 2009, to February 12, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: February 17, 2009

/s/
RONALD C. TYLER
Counsel for Jose Hugo Mendez-Gil

DATED: February 17, 2009

/s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 10, 2009

THE HON. JEFFREY S. WHITE
United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0094 JSW                               2